437 A.2d 932

**COMMONWEALTH of Pennsylvania**

**v.**

**John SIGER, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1981.

Decided Dec. 17, 1981.

Robert F. Simone, Philadelphia, for appellant.

Stephen B. Harris, Asst. Dist. Atty., for appellee.

## ORDER

PER CURIAM:

Order affirmed at No. 369 January Term, 1978. Judgment of sentence affirmed at No. 80–3–822.